**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FOWLER PACKING COMPANY, INC.; GERAWAN FARMING, INC., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> DAVID M. LANIER, in his official capacity as Secretary of the California Labor and Workforce Development Agency; CHRISTINE BAKER, in her official capacity as the Director of the Department of Industrial Relations; JULIE A. SU, in her official capacity as California Labor Commissioner, <br><br> Defendants-Appellees. | No.   16-16236 <br><br> D.C. No. 1:16-cv-00106-DAD-SAB Eastern District of California, Fresno <br><br><br> ORDER |

Before:  GOULD, CLIFTON, and WATFORD, Circuit Judges.

Plaintiffs in the case appeal a district court's order dismissing claims that a California law violates the Bill of Attainder Clause, U.S. Const. art. I, § 10, cl. 1 (the "bill of attainder claim"), and the Equal Protection Clause, U.S. Const. amend. XIV, § 1 (the "equal protection claim").  We conclude that the district court correctly dismissed the bill of attainder claim, but erroneously dismissed the equal protection claim.  We therefore AFFIRM in part and REVERSE in part, and

REMAND the case to the district court for further proceedings with respect to the equal protection claim only. A written opinion giving the court's reasoning will follow in due course.

The time for filing any petition for rehearing or petition for rehearing en banc shall be extended and shall not begin to run until the court has filed its written opinion giving its reasoning.